No. 87–6489. HOWARD *v.* CITY OF FORT MYERS, FLORIDA, ET AL., 486 U. S. 1044. Petition for rehearing denied.

No. 87–1149. REAGIN *v.* TERRY ET AL., 485 U. S. 906 and 1015. Motion of petitioner for leave to file second petition for rehearing denied.

OCTOBER 13, 1988

No. A–289. BELL *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

OCTOBER 17, 1988

No. 86–1034. VIRGINIA *v.* AMERICAN BOOKSELLERS ASSN., INC., ET AL. C. A. 4th Cir. [Probable jurisdiction noted, 479 U. S. 1082; questions certified, 484 U. S. 383.] Judgment vacated and case remanded for further consideration in light of *Virginia* v. *American Booksellers Assn., Inc.,* 236 Va. 168, 372 S. E. 2d 618 (1988).

No. D–710. IN RE DISBARMENT OF FORD. Disbarment entered. [For earlier order herein, see 486 U. S. 1030.]